■ In the Matter of Leon R. Koziol, a Suspended Attorney, Respondent. Committee on Professional Standards, Petitioner. [19 NYS3d 923]—

Per Curiam. Respondent was admitted to practice by the Appellate Division, Fourth Department in 1986. He maintained

an office for the practice of law in the City of Utica, Oneida County.

As relevant herein, respondent, who has a lengthy disciplinary history, remains subject to both a one-year suspension from the practice of law imposed by this Court in September 2010 (*Matter of Koziol*, 76 AD3d 1136 [2010], *appeal dismissed* 15 NY3d 943 [2010], *lv dismissed and denied* 16 NY3d 853 [2011], *cert denied sub nom. Koziol v Grievance Comm. of Fifth Jud. Dist. of N.Y.*, 565 US —, 132 S Ct 455 [2011]) and a six-month suspension we imposed in June 2013 (*Matter of Koziol*, 107 AD3d 1137 [2013], *appeal dismissed, lv dismissed and denied* 21 NY3d 1056 [2013], *cert denied* 571 US —, 134 S Ct 1038 [2014]). Respondent's most recent applications to this Court seeking reinstatement were denied in January 2013 and May 2014.

By application sworn to June 24, 2015, respondent now re-applies for reinstatement. By letter with enclosures dated October 22, 2015, petitioner advises that it opposes respondent's application.

Upon review of the submissions and consideration of all the circumstances in the record before us, we conclude that respondent has not shown by clear and convincing evidence that he has fully complied with the provisions of the order suspending him and, further, that he possesses the character and general fitness to resume the practice of law (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]). Accordingly, we deny his current application for reinstatement.

Garry, J.P., Egan Jr., Rose, Lynch and Devine, JJ., concur. Ordered that the application for reinstatement is denied.